**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregorio Estrada VARGAS,
Defendant–Appellant.**

**No. 02–50416.
D.C. No. CR–01–02332–TJW.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 12, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM**

Gregorio Estrada Vargas appeals his jury trial conviction for possession of

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

methamphetamine with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Vargas contends that the government committed prosecutorial misconduct by improperly vouching for witnesses, implying a personal belief in Vargas's guilt, calling the defense a sham, and impugning the defense counsel. Because Vargas failed to object in the district court, we review for plain error, *see United States v. Sanchez,* 176 F.3d 1214, 1218 (9th Cir.1999), and find none. While some of the government's statements were improper, we conclude that the errors did not result in a miscarriage of justice. *See United States v. McChristian,* 47 F.3d 1499, 1506–08 (9th Cir.1995); *United States v. Sayetsitty,* 107 F.3d 1405, 1409 (9th Cir.1997).

**AFFIRMED.**